

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00107-CV

## IN THE INTEREST OF K.G., A CHILD

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. C15-24139-CV

## O R D E R

Appellant's Motion for Rehearing, filed on May 12, 2016, is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed May 26, 2016

